# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Kellogg Brown & Root Services, Inc. | ) ASBCA Nos. 58518, 59005 |
| | ) |
| Under Contract No. DAAA09-02-D-0007 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:
Jason N. Workmaster, Esq.
Patrick J. Stanton, Esq.
  Covington & Burling LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Douglas R. Jacobson, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Bloomington, MN

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed not later than 7 March 2017.

Dated: 5 December 2016

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58518, 59005, Appeals of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2